UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| KELLI GAMEZ,<br><br>　　　Plaintiff,<br>v.<br><br>SYNCHRONY BANK, TRANS UNION, LLC, EQUIFAX, INC. and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　Defendants. | Case No. 2:24-cv-01078-JES-NPM |
|---|---|

**NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS, TRANSUNION, LLC. AND EXPERIAN INFORMATION SOLUTIONS, INC., ONLY**

Plaintiff, KELLI GAMEZ ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal with Prejudice of Defendants, TRANSUNION, LLC. and EXPERIAN INFORMATION SOLUTIONS, INC. ("Defendants") **ONLY**, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and gives notice of the following:

1.　Defendants have not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2.　Defendants shall be dismissed from the action with Prejudice with each party bearing her/their own attorneys' fees and costs.

Dated: _____1/22/2025_____

RESPECTFULLY SUBMITTED this 22nd day of January, 2025.

                                                             */s/ Jason S. Weiss*
                                                             Jason@jswlawyer.com
                                                             Florida Bar No.: 0356890
                                                             **WEISS LAW GROUP, P.A.**
                                                             5531 W. University Drive
                                                             Suite 103
                                                             Coral Springs, FL 33067
                                                             Tel: (954) 573-2800
                                                             ***Attorneys for Plaintiff, KELLI GAMEZ***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of January, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all counsel of record.

                                                          BY: *s/ Jason S. Weiss*
                                                                    Jason S. Weiss