UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| KELLI GAMEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK, TRANS UNION, LLC, EQUIFAX, INC. and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No. 2:24-cv-01078-JES-NPM<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT SYNCHRONY BANK** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, KELLI GAMEZ ("Plaintiff"), and remaining Defendant, SYNCHRONY BANK ("Defendant"), have reached a settlement in the above-captioned action. Plaintiff expects to file a Stipulation of Dismissal as to Defendant once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete settlement documents and notify this honorable Court of dismissal.

Dated: 5/20/2025　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By: *s/ Jason S. Weiss*
　　　　　　　　　　　　　　　　　　　　　　　Jason S. Weiss
　　　　　　　　　　　　　　　　　　　　　　　Jason@jswlawyer.com
　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 0356890
　　　　　　　　　　　　　　　　　　　　　　　**WEISS LAW GROUP, P.A.**
　　　　　　　　　　　　　　　　　　　　　　　5531 N. University Drive, Ste 103
　　　　　　　　　　　　　　　　　　　　　　　Coral Springs, FL 33067
　　　　　　　　　　　　　　　　　　　　　　　Tel: (954) 573-2800
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2025, I served the foregoing Notice of Settlement using the CM/ECF system, which automatically gives notice to all counsel of record.

By: *s/ Jason S. Weiss*
Jason S. Weiss